UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

          Plaintiff,

                    ORDER

                    03-CR-6033L

    v.

CHAD MARKS,

          Defendant.
_____

    Defendant's *pro se* motion for an extension of time to appeal the dismissal of his petition brought pursuant to 28 U.S.C. § 2241 (Dkt. #304) is granted, and defendant may proceed *in forma pauperis*.

    IT IS SO ORDERED.

                              _____
                                DAVID G. LARIMER
                               United States District Judge

Dated: Rochester, New York
       April 4, 2007.