UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                           Plaintiff,

-vs-                                            DECISION & ORDER

                                                03-CR-6033

CHAD MARKS,

                           Defendant.

---

Defendant Chad Marks moved, pro se, (Dkt. #435) for this Court to reconsider its decision of April 20, 2016 (Dkt. #433).  The motion is in all respects denied.

    IT IS SO ORDERED.

                                              _____
                                              HON. DAVID G. LARIMER
                                              United States District Judge

Dated:     May 31, 2016
              Rochester, New York