UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
United States of America,           :
                                    :
                Plaintiff,  :
                                    :
       -against-            : Case No. 6:03-cr-06033-DGL
                                    : Oral Argument Requested
Chad Marks,                         :
                                    :
                Defendant.  :
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF MOTION BY DEFENDANT CHAD MARKS TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)(i)

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and upon all prior pleadings and proceedings herein, the undersigned, attorneys for Defendant Chad Marks, hereby move this Court for reduction in the Defendant's sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), and for such other and further relief as the Court may deem just and proper.

Dated:  New York, New York
        July 26, 2019

DEBEVOISE & PLIMPTON LLP

/s/ Sarah Wolf
Sarah Wolf
John Gleeson*
Marisa Taney*
919 Third Avenue
New York, New York 10022
Tel. (212) 909-6000
swolf@debevoise.com
jgleeson@debevoise.com
mrtaney@debevoise.com
*Attorneys for Chad Marks*

*Application for admission pending