Chad Marks
#12010-055
F.M.C. Lexington
P.O. Box 14500
Lexington, K.Y. 40512

Honorable Judge David G. Larimer
100 State Street
Rochester, N.Y. 14614

August 25, 2019

Dear Judge Larimer,

I hope this letter finds you well. My hope is that you will allow me through counsel an opportunity to respond to the governments opposition

I have always said that I never wanted my freedom for free. I wanted to earn it. I am going to prove to you through documentary evidence that (1) I never joined a prison gang, (2) I am not a white supremacist (3) I never had a phone chip, or envelope, or phone. another inmate who was my cell-mate in a four man cell did, and was wrote up for it, and taken to the S.H.U. for it. (4) I have never used, introduced, or transported drugs in prison, or

outside prison. I have never failed a drug screen, or breath alyzer in prison, and I have never been issued a misbehavior report for anything to do with drugs.

All of my students have been African American or Hispanic. One of them is Ivan Ochoa-Torres a Mexican American who was also my cell-mate for years in a 2-man cell. See his enclosed words with his photo. The hard copy will be in my reply.

The Prison Christian Leader, the man I look up to here is a 59 year old African American. His words are enclosed. Also enclosed is a recent photo of Guy Fisher an African American prisoner who has been in prison for over 35 years and has earned a ~~bachia~~ from a G.E.D. to a doctorate degree in prison. He has me in a headlock while we are goofing around.

Other photos include my workout partners in 2014-2015 all African Americans.

Now I said some things in my past that I am embarrassed by. But that was when I was ignorant, uneducated, and quite frankly when I was what you correctly said, "A STREET PUNK."

I am not a street punk anymore, and the only gang I am in is The Christian Gang.

If I cannot prove this to you, than I agree I should die in prison. But I assure you I will prove it. If I was violating rules I would be in the S.H.U. I would have writeups, and would have never

been transferred to a low security prison.

  I serve a mighty and just God. I pray daily for a heart like David for my defense. My mornings begin listening to Zach Williams "No Longer Slaves" The live version from Harding Prison. Its on mp3 player. I am no longer a slave to sin, I am no longer a slave to fear. I am a child of God. My job is to prove it.

  What happens with this motion is up to God. If I am still in prison 2 years from now I plan to send you 50 more rehabilitative certificates, 50 more attestments from prisoners who are doing the right thing, 50 more photos, and I hope another degree.

  I am never giving up.


    Always For The Cause of Justice
      And Peace

     *[signature]*

TRULINCS 12010055 - MARKS, CHAD - Unit: LEX-B-E

---

FROM: Jacobi, Lisa
TO: 12010055
SUBJECT: RE: Exhibits
DATE: 08/25/2019 05:36:13 PM

Chad is a great man I was his celly for about 3 years and we work out together and played sports together and i always saw how much he has changed and has helped a lot of people get out of prison.. He has always told me that it was time after all these years being in prison that he has changed and wants to be home with his mother that's getting old and needs him. He also helped me get my GED and MY DEGREE when I was getting ready to quit because I thought I could not make it. He told me not to give up and keep on trying and I did it with his help. It made me a better person of my self.
So everything that your saying about him is not true. if only you take a little of your time and sit down and have a talk with him you well see how much he has changed.
                                    IVAN TORRES OCHOA

DATE: 08/26/2019 07:23:53 AM

I have numerous letters and quotes like this......about who I am and 100 photos....I am writing this verbatim as written by his own hand. This is from Reggie I will send the hard copies put his photo with this.

Dear Judge Larimer,

My name is Reginald Owens, register #50640-198. I am a 59 year old African American currently serving a 33 year sentece for armed bank robbery. I am 2 weeks shy of entering the 23rd year of my incarceration having never once recieved any type of disciplinary shot, write-up or rules violation. I have been an active member of the Christian Community. I am a current member of the gospel choir here at FMC Lexington. Prior to my voluntary transfer here, I served as the Worship Leader for the Christina Praise & Worship Team for 6 years at FCI Lompoc. I have also been emplyed in the Unicor Prison Industries Business Office for the past 19 plus years.

I am submittiing this letter as a character reference for my good friend & Christian Brother, Chad Marks. I have known and fellowshipped with Chad for the past 8 months. I am a witness to the fact that he is A God fearing Christian, & by no means any type of racist, hate filled or gang related individual. In fact, he is just the opposite. I have watched him share the love of Christ with any & everyone he encounters. He has selflessly sacrificed hours upon hours of his own time helping others, myself included, to research cases, type briefs or other motions in effort to help us seek relief for what has far too oftern been recognized as overly harsh federal sentencing. The work he has put in for others has been out of the love &kindness of his own heart with no monetary gain or promises to be won.

Your Honor, the purpose of this letter is to debunk a picture of my Christian Brother painted by the prosecutors in effort to slander Chad's character. I find these accussations to be not only ludicrous, but flat out lies. Chad has fellowshipped with, associated & assisted those of various ethnic backgrounds, African Americans & Hispanics included. The God we serve is a God of love, forgiveness & second chances. Chad is A prime example of all three characteristics. In my heart I know he is sincere. Not even the greastest Oscar winning actors could forge an act so consistently over such a long period of time. Chad has proven his genuineness & remorse for the lack of good judgement which brought him to prison. I pray my words help paint a true picture to you of the real Chad Marks, 7 refute the diabolical efforts of the prosecutors to paint my brother's good character, A man deserving of a second chance. God Bless You.

Sincerely,

Reggie D Owens

*[signature]*





Ivan Ochoa-Torres
& My cellmate's 3 yr old son for 3 years.



BP-A0288
INCIDENT REPORT
JAN 17
U.S. DEPARTMENT OF JUSTICE / FEDERAL BUREAU OF PRISONS

Lt. Brown - Statement @ 7PM on 3-25-19
Wrote Captain or Warden for resolution @ 530 AM on 3-27-19
UDC Hearing 3-4-19 @ 11:00 am

**Part I - Incident Report**

| 1. Institution: FMC Lexington | | Incident Report Number: | |
|---|---|---|---|
| 2. Inmate's Name: Moore, Thomas | 3. Register Number: 72113-061 | 4. Date of Incident: 02-21-2019 | 5. Time: 10:40 PM |
| 6. Place of Incident: Bluegrass / B06-377U | 7. Assignment: ORD BG | | 8. Unit: Bluegrass |

9. Incident:
Conduct which disrupts or interferes with the security or orderly running of the institution or the bureau of prison most like another greatest severity prohibited act.

Possession, manufacture, introduction or loss of a hazardous tool most likely to be used in an escape or escape attempt or the serve as weapons capable of doing serious bodily harm to others; or those hazardous to institutional security or personal safety; e.g. hacksaw blade, body armor, maps, handmade rope, or other escape paraphernalia portable telephone, pager, or other electronic device.

10. Prohibited Act Code(s) 199 most like 108

11. Description of Incident (Date: 02-21-2019   Time: 10:40 PM Staff became aware of incident):
On Thursday, 21 February, 2019 at approximately 10:40PM I, SCO S. Wascher was conducting random cell searches of the Bluegrass unit. While searching cell B06-377-378 a SIM Card template was found inside the pages of a red Gideon's Bible that was located on the top of an institutional wall locker that was assigned to inmate Moore, Thomas #72113-061. The locker was positively identified as belonging to inmate Moore by photographs, mail and personal items that were located inside and outside of the locker. The inmate was escorted to the operations lieutenant's office where he was asked about the bible by the operations lieutenant. Inmate Moore stated that he has one bible that he uses for religious services and that bible is a red bible that he keeps on the top of his locker. The inmate was asked if he had any other bibles and the inmate stated that he did not. He stated that the red bible was his and that is the one he uses for religious services, and that he keeps it on the top of his wall locker.

| 12. Typed Name/Signature of Reporting Employee: S. Wascher / [signature] | 13. Date And Time: 02-21-2019 11:30PM |
|---|---|
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature): S. Burkett | 15. Date Incident Report Delivered: 2/22/2019 | 16. Time Incident Report Delivered: 10:00pm |

**Part II - Committee Action**

17. Comments of Inmate to Committee Regarding Above Incident:

18. A. It is the finding of the committee that you:
___ Committed the Prohibited Act as charged.
___ Did not Commit a Prohibited Act.
___ Committed Prohibited Act Code(s).

B. ___ The Committee is referring the Charge(s) to the DHO for further Hearing.

C. ___ The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

19. Committee Decision is Based on Specific Evidence as Follows:

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act):

21. Date and Time of Action:
(The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings).

Chairman (Typed Name/Signature)    Member (Typed Name)    Member (Typed Name)

INSTRUCTIONS: All items outside of heavy rule are for staff use only. Begin entries with the number 1 and work up. Entries not completed will be voided by staff.
Distribute: Original-Central File Record; COPY-1-DHO; COPY-2-Inmate after UDC Action; COPY 3-Inmate within 24 hours after Part I Preparation



# RICCARDO TOLIVER

AUTHOR | SCHOLAR | ENTREPRENEUR

Rick Toliver is a Cincinnati native who in 1999, received his B.A. in History from Wright State University in Dayton, Ohio. Subsequently, he had also been accepted to St. John's School of Law. Despite his academic career and achievements, Mr. Toliver made decisions that unfortunately sent him on a path of drugs and weapons smuggling.

Mr. Toliver was arrested in 2006, and he received a 32 year federal prison sentence for his crimes. During his period of incarceration, Rick spent a decade writing novels of suspense, horror, mystery, and even children's books. He has created and developed web-based businesses, and he is also the co-owner of several patents in the field of automotive engineering. Despite his current circumstances behind bars, Rick has made positive changes with immense dedication as well as with the hopes of leaving his previous life of crime behind, and of also making great efforts to assist other incarcerated individuals to do the same.

The Porter Stage Lights the first of many novels that Rick plans to release. It is a thriller that brings together two of the most unlikely vigilantes that the world has ever seen. The storyline involves an introverted, yet fierce grade school janitor, and a young girl, that he saves from death. They have joined forces together to bring justice to those who cannot fight for themselves.

With many other projects in the works, Rick looks to the future to bring his creations to the mainstream. With political figures such as senator Chuck Grassley, and U.S. Ambassador Jeff Austin (who was Rick's college roommate), Rick is positive that along with the introduction of recent prison reform legislation, his release will come very soon.

He is currently incarcerated at FCI Victorville in California and he can be reached via email at

12

*SOME DEEP \*ISH\* FOR THOUGHT!*

# EQUAL JUSTICE UNDER LAW
## FOR IMMEDIATE RELEASE
### MARCH 13, 2019

by Chad Marks

"EQUAL JUSTICE UNDER LAW" is etched onto our nations highest court. The First Step Act made changes to some of our nations most draconian sentencing laws, but three of those changes are not retroactive. Many non-violent drug offenders sentenced to life are still sitting in prison after decades and will remain there if a Second Step does not make the First Step Sentencing Reforms retroactive. This should include changes to make the racially discriminatory 924 (c) stacking law retroactive.

When we speak about Equal Justice Under Law we must not just speak it, but we must live by it. Now is the time to bring that equal justice to the men and women who have been suffering behind bars. There comes a point when there is nothing left to gain but punishment. When the rehabilitation has been done what purposes is served by over incarceration. When we over incarcerate we waste valuable resources and tax dollars. Is this being smart on crime?

The people that are making their bid for the White House should be questioned on whether or not they plan to make each and every aspect of the sentencing reforms in the First Step Act retroactive. Do the Democrats believe in second chances for everyone? We know President Trump has moved the needle on reform and we know that he to has the power to push to make his First Step Act changes retroactive to embody EQUAL JUSTICE UNDER LAW for all citizens of this great nation.

---

# WRONGFUL CONVICTION: 25 YEARS FOR 51.5 GRAMS OF OXYCONTIN

## DR. MASOUD BAMDAD

I need your help. Recently, the Ninth Circuit denied to give me two point reduction of sentence based on 2014, 782 Amendment by sentencing commission, which at least cut 5 years of my 25 years unjust sentence and conviction, which was obtained by violations of my civil rights under the 4th and 5th Amendments by the DEA agents.

Later, I discovered that my indictment is also defective, which divested the jurisdiction of the convicting and sentencing court as well. The courts consistently ignore my claims or sidestep them, because they very well know that they should release me and some one will be responsible for destroying me and my family lives.

As a doctor who was wrongfully convicted by a duped jury for distribution of only 51.5 grams of oxycontin, I was sentenced to 25 years imprisonment including other punishments such as forfeiture and fine. I received this because I properly challenged the courts and showed that they are corrupt. I need your helps, I need help from outside of prison. Please help me and my family. I don't ask for much. I just need the courts follow the rule of law and Constitution.

Please see www.freedoctorbamdad.com, and publicize my case. Let the senators and representative of house know about my case. The judges who preside on my case need to be impeached, why they don't follow the well-settled law. Spread my case and let whoever including journalists who seeking the truth understand my case and corruption within the justice department. Maybe publicity help me.

Please sign the petition on Change.org: https://www.change.org/p/freedom-for-dr-masoud-bamdad



*www.freedoctorbamdad.com*

11



















Chad Marks # 12010-055
Federal Medical Center Lexington
P.O. Box 14500
Rochester, NY 14614
Lexington, KY 40510

⇔ 12010-055 ⇔
Hon David Larimer
100 State ST
US District Court House
Rochester, NY 14614
United States



