IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

                      Plaintiff,

                                                6:03-CR-06033-002

v.

CHAD MARKS

                      Defendant.
_____

## SATISFACTION OF MONETARY JUDGMENT

The above-named defendant has paid in full and/or satisfied the monetary imposition (special assessment, fine, and/or restitution), imposed against the defendant on March 4, 2008.

The Clerk of the United States District Court for the Western District of New York is hereby authorized and empowered to satisfy and cancel record of the above-referenced judgment.

DATED: Buffalo, New York, December 11, 2020.

                                            JAMES P. KENNEDY, JR.
                                            United States Attorney

                    BY:    s/KEVIN D. ROBINSON
                               Assistant United States Attorney
                               United States Attorney's Office
                               Western District of New York
                               138 Delaware Avenue
                               Buffalo, New York 14202
                               (716) 843-5804
                               Kevin.D.Robinson@usdoj.gov