UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                                 Plaintiff,

       v.

CHAD MARKS,

                                 Defendant.
_____

ORDER

03-CR-6033L

On April 20, 2020, the Court issued a Decision and Order (Dkt. #536) granting defendant Chad Marks's motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Pursuant to that decision an amended judgment was filed (Dkt. #537), and Marks has since been released from prison.

Several motions remain pending on the Court's docket in this case, all of which have been mooted by the Court's April 20 Decision and Order. Those motions are therefore denied as moot, as set forth below.

## CONCLUSION

Defendant's motion for relief under 28 U.S.C. § 2255 (Dkt. #424), the Government's motion to strike and/or dismiss defendant's motion (Dkt. #427), defendant's motion to seal (Dkt. #486), and defendant's motion for compassionate release (Dkt. #545) are denied as moot.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
       February 4, 2021.